448

**No. 57313.**—Joseph Victori & Co., Inc. *v.* United States, protest 200703–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of shredded or grated coconut meat in sirup, in tins, a product of Cuba, similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.